Decision Per Curiam.

Julia M. Cullinane and Jeremiah Cullinane, her husband, Plaintiffs in Error, vs. Gerald Allen by Madame B. Equevilley as his Next Friend, Defendant in Error.

Writ of error to Circuit Court, Duval county; R. M. Call, Judge.

*Thos. A. Ledwith* and *A. W. Cockrell & Son,* for Plaintiffs in Error.

Memorandum Decisions.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error. Dismissed on praecipe of counsel for the plaintiff in error.

Decision Per Curiam.